UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-22088-CIV-HOEVELER

NELSON SANTANA, and DARWIN
TOMAS RODRIGUEZ,

      Plaintiffs,

v.

TROPICAL BAKERY WHOLESALE,
CORP., a Florida corporation,
HAROLD MIR, and ORLANDO MIR,

      Defendants.
_____/

**CLOSED CIVIL CASE**

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE

THIS CAUSE comes before the Court upon the Defendants' Motion for Approval of Settlement Agreement, filed May 14, 2008. The Court held a telephone conference with the parties on the motion on May 16, 2008. In an Order dated May 20, 2008, the Court directed the parties to indicate the amount of recovery for Plaintiffs, Nelson Santana and Darwin Tomas Rodriguez ("Plaintiffs"), as well as other pertinent information regarding the Settlement Agreement. The parties filed a Response To and Notice Of Compliance With Court Order on June 6, 2008. The Court having reviewed the parties' Response, and being advised in the premises thereof, it is hereby

ORDERED AND ADJUDGED that the settlement of the case represents a fair and reasonable resolution of Plaintiffs' claims brought under the Fair Labor

Standards Act. The complaint is therefore dismissed with prejudice. This case is closed.

DONE AND ORDERED in Chambers in Miami this 10th day of June, 2008.

*[signature]*
WILLIAM M. HOEVELER
SENIOR UNITED STATES DISTRICT JUDGE

copies to counsel of record